PROB 12C
(6/16)

Report Date: November 18, 2021

# United States District Court

### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnathon James Barnett | Case Number: 0980 2:09CR00091-LRS-1 |
| Address of Offender: | Spokane, Washington 99206 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 13, 2010

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 120 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: May 22, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 21, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/09/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  It is alleged that Johnathon Barnett violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about November 6 and 16, 2021.

On May 22, 2019, supervision commenced in this matter. On May 24, 2019, a supervision intake was completed. Mr. Barnett signed his judgment, acknowledging he understood his conditions of supervision, to include the above-noted special condition number 16.

On November 10, 2021, Mr. Barnett reported to Pioneer Human Services for a random urinalysis. The sample tested presumptive positive for methamphetamine. Mr. Barnett then signed a drug use admission form, admitting to consuming methamphetamine on November 6, 2021.

Prob12C
**Re: Barnett, Johnathon James**
**November 18, 2021**
**Page 2**

On November 17, 2021, Mr. Barnett reported to Pioneer Human Services for a random urinalysis. The sample tested presumptive positive for methamphetamine. He signed a drug use admission form admitting to using on or about November 16, 2021.

On November 18, 2021, during a phone call with Mr. Barnett, he admitted to continued methamphetamine use and advised his last use was on or about November 16, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/18/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

November 19, 2021
Date