PROB 12C
(6/16)

Report Date: December 30, 2021

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnathon James Barnett | Case Number: 0980 2:09CR00091-LRS-1 |
| Address of Offender: | Spokane, Washington 99206 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 13, 2010

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 120 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Date Supervision Commenced: | May 22, 2019 |
| Defense Attorney: | Federal Defenders Office |
| Date Supervision Expires: | May 21, 2022 |

### PETITIONING THE COURT

To issue **a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/09/2021, and 11/18/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Johnathon Barnett violated the terms of his supervised release by failing to appear for a random urinalysis, on or about December 3, 2021.<br><br>On May 22, 2019, supervision commenced in this matter. On May 24, 2019, a supervision intake was completed. Mr. Barnett signed his judgment, acknowledging he understood his conditions of supervision, to include the above-noted special condition number 16.<br><br>Mr. Barnett is enrolled in random urinalysis testing at Pioneer Human Services (PHS). He is expected to call the testing line daily to determine if he is expected to test that same day.<br><br>On December 3, 2021, Mr. Barnett failed to appear for a random urinalysis at PHS. |
| 5 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Barnett, Johnathon James**
**December 30, 2021**
**Page 2**

        **Supporting Evidence**: It is alleged that Johnathon Barnett violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about December 15, 2021

        On May 22, 2019, supervision commenced in this matter. On May 24, 2019, a supervision intake was completed. Mr. Barnett signed his judgment, acknowledging he understood his conditions of supervision, to include the above-noted special condition number 16.

        On December 16, 2021, Mr. Barnett completed an admittance appointment with PHS for substance abuse outpatient services. At the time of this appointment, he admitted to the treatment provider that he last used methamphetamine on December 15, 2021. Mr. Barnett later admitted to the undersigned officer that he used methamphetamine on December 15, 2021.

6        **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Johnathon Barnett violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about December 24 and 29, 2021.

        On May 22, 2019, supervision commenced in this matter. On May 24, 2019, a supervision intake was completed. Mr. Barnett signed his judgment, acknowledging he understood his conditions of supervision, to include the above-noted special condition number 16.

        On December 28, 2021, Mr. Barnett reported to Pioneer Human Services for a random urinalysis. The urine sample he provided tested presumptive positive for methamphetamine. Mr. Barnett then signed a drug use admission form, admitting to use; however, a date was not noted. On December 29, 2021, during a telephone call with Mr. Barnett, he admitted to using methamphetamine on December 24 and 29, 2021.

        It should also be noted, he appeared for a urinalysis on December 23, 2021, and was noted to have stalled on the test. Once he provided a sample, the staff noted the temperature of the sample was high.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 30, 2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Barnett, Johnathon James**
**December 30, 2021**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [✓] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [✓] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

December 30, 2021
Date