# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Barnett, Johnathon James | Docket No. | 0980 2:09CR00091-LRS-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Melissa Hanson, Pretrial Services Officer, presenting an official report upon the conduct of defendant Johnathon James Barnett, who was placed under pretrial release supervision by the Honorable James A. Goeke, U.S. Magistrate Judge, sitting in the Court at Spokane, Washington, on the 21st day of January 2022 under the following conditions:

**Special Condition # 10:** Inpatient Treatment: Defendant shall immediately enter into and successfully complete an inpatient treatment program at the in-patient facility at Pioneer Center East. Pretrial Services will monitor Defendant while in treatment. Defendant shall comply with all directives of the U.S. Probation Officer. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program, It shall be the responsibility of the defense counsel to provide such waivers.

**Special Condition #14:** If the Defendant terminates any treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U.S. Probation Officer and the U.S. Attorney, and Defendant shall immediately return to the custody of the U.S. Marshal.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** It is alleged that Johnathon Barnett violated the terms of his release by being unsuccessfully terminated from inpatient treatment at Pioneer Center East (PCE), on or about February 9, 2022.

**Violation #2**: It is alleged that Johnathon Barnett violated the terms of his release by being unsuccessfully terminated from inpatient treatment at Pioneer Center East (PCE), on or about February 9, 2022 and is thereby required to return to the custody of the U.S. Marshal.

On January 21, 2022, Mr. Barnett appeared for a detention hearing. He was ordered released under special conditions surrounding inpatient treatment, as described in the above-noted special conditions numbers 10 and 14.

On January 24, 2022, Mr. Barnett released from custody to a representative of PCE and was then transported to PCE for treatment services.

On February 9, 2022, the undersigned officer was notified by PCE staff that Mr. Barnett had tested positive for methamphetamine. It was also reported that on February 8, 2022, during a facility check by a staff member, Mr. Barnett could not be located for 45 minutes. The PCE staff member advised that it appeared Mr. Barnett left the facility by way of a broken door and later returned to the facility.

As a result, Mr. Barnett is being unsuccessfully terminated from inpatient treatment at PCE.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  February 9, 2022 |
| by | s/Melissa Hanson |
|  | Melissa Hanson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*(signed)*

Signature of Judicial Officer
2/9/2022

Date