PROB 12C
(6/16)

Report Date: February 9, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 10, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Johnathon James Barnett | Case Number: | 0980 2:09CR00091-LRS-1 |
| Address of Offender: | | Spokane, Washington, 99205 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 13, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 120 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | May 22, 2019 |
| Defense Attorney: | Kathryn Patricia Pucido | Date Supervision Expires: | May 21, 2022 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/09/2021, 11/18/2021 and 12/30/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Johnathon Barnett violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about February 9, 2022. |
| | On May 22, 2019, supervision commenced in this matter. On May 24, 2019, a supervision intake was completed. Mr. Barnett signed his judgment, acknowledging he understood his conditions of supervision, to include the above-noted special condition number 16. |
| | On January 11, 2022, following the issuance of a warrant, Mr. Barnett was arrested. On January 21, 2022, Mr. Barnett appeared for a detention hearing. He was ordered released under special conditions surrounding inpatient treatment and was subsequently released on January 24, 2022, to a representative of Pioneer Center East (PCE) and was then transported to PCE for treatment services. |

Prob12C
Re: Barnett, Johnathon James
February 9, 2022
Page 2

On February 9, 2022, the undersigned officer was notified by PCE staff that Mr. Barnett had tested positive for methamphetamine. It was also reported that on February 8, 2022, during a facility check by a staff member, Mr. Barnett could not be located for 45 minutes. The PCE staff member advised that it appears Mr. Barnett left the facility by way of a broken door and later returned to the facility.

As a result, Mr. Barnett is being unsuccessfully terminated from inpatient treatment at PCE.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/09/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[✓] Other - warrant issued by Judge Goeke 2/9/2022

Signature of Judicial Officer

February 10, 2022
Date